UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PATRICIA A. LYON

            v.                          CA No. 05-193-T

JO ANNE B BARNHART,
COMMISSIONER OF
SOCIAL SECURITY

### ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND DENYING MOTION TO AFFIRM

Plaintiff's Motion for Summary Judgment (Document No. 5) is hereby granted to the extent that the matter be remanded for further administrative proceedings. Defendant's Motion for an Order Affirming the Decision of the Commissioner (Document No. 6) is hereby denied.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: Oct. 20 , 2006